UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2001
(1:24-cv-00175-WO-JLW)

_____

JOE MANIS

      Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,
in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in
his official capacity as Administrator of the Animal & Plant Health Inspection
Service

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellees' unopposed motion to dismiss the case as moot, the court grants the motion and dismisses this appeal as moot.

Entered at the direction of Judge Thacker with the concurrence of Judge King and Judge Wynn.

      For the Court

      /s/ Nwamaka Anowi, Clerk